**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Von's Mechanic Shop and Byron Bernard Vaughn v. Discount Auto Brokers, LLC

Appellate case number:   01-18-00784-CV

Trial court case number:  1106520

Trial court:             County Court at Law No. 3 of Harris County

Appellant, Byron Bernard Vaughn, filed a statement of inability to afford payment of court costs in the trial court. The appellate record does not indicate that the trial court overruled the party's claim of indigence. *See* TEX. R. APP. 20.1(b)(1). Appellant also filed a statement of inability to afford payment of court costs in this Court. We construe appellant's filing as his communication that he is presumed indigent. *See* TEX. R. APP. 20.1(b)(2). Appellant may therefore proceed on appeal without payment of costs. *See* TEX. R. APP. P. 20.1(b)(1).

The Clerk of this Court is **ORDERED** to make an entry in this Court's records that appellant, Byron Bernard Vaughn, is indigent and is allowed to proceed on appeal without payment of costs. *See* TEX. R. APP. P. 20.1(b)(1).

The trial court clerk is **ORDERED** to provide a complete copy of the clerk's record and the reporter's record to appellant without charge.

Judge's signature: ___/s/ Sherry Radack_____
                    ☒ Acting individually    ☐ Acting for the Court

Date: ___November 20, 2018___